Opinion issued March 31, 2026



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-23-00698-CV

—————————————

## GRAHAM WILSON GILLIAM, Appellant

## V.

## DIANE WERLEIN GILLIAM, Appellee

On Appeal from the 312th District Court
Harris County, Texas
Trial Court Case No. 2019-33192

## MEMORANDUM OPINION

Appellant Graham Wilson Gilliam filed a notice of appeal from the trial court's Order Appointing Receiver. We abated the appeal and referred the parties to mediation. On April 3, 2025, Appellant filed a motion to dismiss the appeal stating that all matters have been resolved.

We reinstate the appeal and grant Appellant's motion to dismiss.  *See* TEX.

R. APP. P. 42.1(a)(1), 43.2(f).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.